# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| White, Jeffrey S. | U.S. District, Northern Calif | 04/29/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Court Judge - Active | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

U.S. District Court, Northern District of Calif.
1301 Clay Street
Oakland, CA 94612

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Lecturer | University of California, Berkeley School of Law |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2018 | Orrick, Herrington and Sutcliffe Defined Benefit Plan - Retired Partner |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S. | 04/29/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. Jan - Dec | Orrick Herrington Defined Benefit Plan | $23,400.00 |
| 2. Jan- Dec | UC Berkeley - School of Law | $7,661.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[✔] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Morgan Stanley Bank | Liquidity Access Line | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S. | 04/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ISHARES MSCI Eafe Index Fund | A | Dividend | K | T | | | | | |
| 2. ISHARES US Consumer Noncyclic | A | Dividend | L | T | | | | | |
| 3. ISHARES US Consumer Cyclic | A | Dividend | | | Sold | 12/05/18 | K | | |
| 4. ISHARES DJ US Energy Sector | B | Dividend | L | T | | | | | |
| 5. ISHARES DJ US Healthcare Sector | A | Dividend | | | Sold | 12/05/18 | L | | |
| 6. Consumer Discrectionary Sector SPDR | B | Dividend | M | T | | | | | |
| 7. Consumer Staples Select Sector SPDR Trust | B | Dividend | | | Sold | 12/05/18 | M | | |
| 8. Health Care Select Sector SPDR | B | Dividend | M | T | | | | | |
| 9. Industrial Select Sector SPDR | B | Dividend | L | T | | | | | |
| 10. Provident Credit Union | A | Interest | J | T | | | | | |
| 11. Orrick Investments 2000 LLC | A | Interest | J | U | | | | | |
| 12. Pollock Montgomery Washington Tower Investors II Partnership | B | Distribution | J | U | | | | | |
| 13. Nationwide Life Destination B (2.0) #1 | | None | | | Distributed | 02/16/18 | O | F | |
| 14. Nationwide Life Destination B (2.0) # 2 | | None | | | Distributed | 02/16/18 | M | E | |
| 15. Pollock 2007-2008 Independent Investors, LLC | A | Distribution | J | U | | | | | |
| 16. Pollock FRB, LLC | A | Int./Div. | | | Distributed | 11/09/18 | M | | |
| 17. Morgan Stanley Cash Account | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S. | 04/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Oppenheimer Developing Mkts Y (ODVYX) | A | Dividend | K | T | | | | | |
| 19. TTLC RIA 2 LLC | C | Interest | L | U | | | | | |
| 20. TTLC Talavera, LLC | A | Int./Div. | J | U | | | | | |
| 21. TTLC Tarob 2, LLC | A | Int./Div. | | | Distributed | 08/08/18 | J | | |
| 22. TTLC Tarob 3, LLC | E | Int./Div. | | | Distributed | 05/09/18 | M | | |
| 23. True Life Companies, LLC 6% Note | A | Interest | | | Matured | 01/05/18 | M | | |
| 24. True Life Companies, LLC 8% Note | D | Interest | | | Distributed | 05/01/18 | M | | |
| 25. TTLC Lee Farms, LLC | | None | L | U | | | | | |
| 26. TTLC Livermore Center, LLC | | None | L | U | | | | | |
| 27. TTLC Mirza, LLC | | None | L | U | | | | | |
| 28. TTLC Pio Pico, LLC | A | Int./Div. | | | Closed | 12/31/18 | J | | |
| 29. Morgan Stanley Bank Account | A | Interest | M | T | | | | | |
| 30. Legg Mason Scholars Choice 529 Age Based Option: Age 10-12 | C | Int./Div. | M | T | | | | | |
| 31. Legg Mason Scholars Choice 529 Age Based Option: Age 4-6 | C | Int./Div. | M | T | | | | | |
| 32. Legg Mason Scholars Choice 529 Age Based Option: Age 0-3 | C | Int./Div. | M | T | | | | | |
| 33. Condo Rental - Cabo San Lucas, Baja Sur, Mexico 7/18 ($ 385,000) | A | Rent | N | R | Buy | 07/20/18 | N | | |
| 34. TTLC Tarob 4, LLC | | None | L | U | Buy | 01/12/18 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S. | 04/29/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. TTLC High Point, LLC | | None | K | U | Buy | 06/20/18 | K | | |
| 36. TTLC Sunnyvale FC LLC | | None | L | U | Buy | 03/15/18 | L | | |
| 37. TTLC Cardoso, LLC | | None | K | U | Buy | 06/26/18 | K | | |
| 38. TTLC Calistoga, LLC | | None | L | U | Buy | 01/19/18 | L | | |
| 39. The True Life Companies, LLC | A | Int./Div. | O | U | Buy | 02/22/18 | N | | |
| 40. | | | | | Buy (add'l) | 05/01/18 | M | | |
| 41. | | | | | Buy (add'l) | 09/21/18 | M | | |
| 42. Morgan Stanley IRA # 1 (H) | | | | | | | | | |
| 43. - Bank Deposit Program | A | Interest | M | T | | | | | |
| 44. -Financial Select Sector SPDR | A | Dividend | | | Sold | 02/08/18 | K | C | |
| 45. -Industrial Select Sect SPDR | A | Dividend | | | Sold | 02/08/18 | J | D | |
| 46. -ISHARES FTSE/Xinua China 25 | A | Dividend | K | T | | | | | |
| 47. -ISHARES - MSCI EAFE Index Fund | C | Dividend | L | T | Buy (add'l) | 01/12/18 | K | | |
| 48. -ISHARES - MSCI Emerging Markets Index | A | Dividend | K | T | | | | | |
| 49. -ISHARES - S&P Europe 350 Index | A | Dividend | K | T | Buy (add'l) | 01/12/18 | K | | |
| 50. -California St CA GO- Taxable 6.2% | C | Interest | L | T | | | | | |
| 51. -Energy Select Sector SPDR | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Calif State Go 5.95% | A | Interest | | | Redeemed | 03/01/18 | K | | |
| 53. -AT & T Inc 5.5% Bond | A | Interest | | | Redeemed | 02/01/18 | K | | |
| 54. -Owens-Illnois Inc 7.8% Bond | A | Interest | | | Redeemed | 05/15/18 | K | | |
| 55. -Bank of America Corp 5.49% Bond | B | Interest | K | T | | | | | |
| 56. -Goldman Sachs Group Inc 6.150% Due 4/1/18 | A | Interest | | | Redeemed | 04/02/18 | K | | |
| 57. -Ingersoll-Rand Co 6.875% due 8/15/18 | B | Interest | | | Redeemed | 05/15/18 | L | | |
| 58. -Starwood Hotes & Resort 6.750% Due 5/15/18 | A | Interest | | | Redeemed | 05/15/18 | K | | |
| 59. -First TR Exchange Traded FD Dow Jones | A | Dividend | L | T | | | | | |
| 60. -Ishares TR Russell Mid-Cap ETF | A | Dividend | J | T | | | | | |
| 61. -Ishares TR S&P Small-Cap 600 Growth | A | Dividend | K | T | | | | | |
| 62. -Actavis Funding SCS 2.35% | A | Interest | | | Redeemed | 03/12/18 | J | | |
| 63. -Blackrock Global Allocation 1 (MALOX) | C | Dividend | M | T | Buy (add'l) | 09/24/18 | K | | |
| 64. -Clearbridge Energy MLP FD Inc (CEM) | B | Dividend | J | T | | | | | |
| 65. -Clearbridge Energy MLP OPP FD (EMO) | A | Dividend | J | T | | | | | |
| 66. -Cons Discret Sel Sect Spdr Fd (XLY) | A | Dividend | K | T | | | | | |
| 67. -Goldman Sachs MLP Energy (GER) | A | Dividend | | | Sold | 02/08/18 | J | | |
| 68. -Ishares Russell 2000 ETF (IWM) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S. | 04/29/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Principal Preferred Sec Inst (PPSIX) | D | Dividend | L | T | Buy (add'l) | 05/07/18 | K | | |
| 70. -SPDR Trust Series 1 (SPY) | D | Dividend | N | T | Sold (part) | 01/10/18 | K | D | |
| 71. -Technology Sel Sec SPDR FD (XLK) | A | Dividend | | | Sold | 01/12/18 | J | D | |
| 72. -Telsa Motors Inc (TSLA) | | None | L | T | | | | | |
| 73. - Ishares Core High Dividend ETF (HDV) | C | Dividend | L | T | | | | | |
| 74. -Vanguard Dividend Appreciation (VIG) | C | Dividend | M | T | Buy (add'l) | 09/17/18 | L | | |
| 75. | | | | | Buy (add'l) | 09/24/18 | L | | |
| 76. -Doubleline Core Fixed Inc (DBLFX) | D | Dividend | M | T | Buy (add'l) | 05/07/18 | K | | |
| 77. | | | | | Buy (add'l) | 09/24/18 | K | | |
| 78. -A T&T 5.875% | B | Interest | | | Redeemed | 12/19/18 | J | A | |
| 79. -Van Eck Emerging Markets Y (EMRYX) | B | Dividend | M | T | | | | | |
| 80. -Alerian MLP ETF (AMLP) | B | Dividend | J | T | | | | | |
| 81. -Doubleline Income Solutions (DSL) | B | Dividend | | | Sold | 09/17/18 | K | | |
| 82. -Blockrock Strategic Inc (BSIIX) | C | Dividend | L | T | | | | | |
| 83. -Templeton Global BD FD (TBGAX) | C | Dividend | K | T | | | | | |
| 84. -SPDR S&P Biotech (XBI) | A | Dividend | | | Sold | 02/12/18 | K | B | |
| 85. -Principal Midcap Instl (PCBIX) | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S. | 04/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Clearbridge All Cap Value I (SFVYX) | B | Dividend | K | T | Buy | 01/24/18 | K | | |
| 87. -Utilities Sel Sec SPDR FUnd (XLU) | A | Dividend | L | T | Buy | 09/17/18 | K | | |
| 88. | | | | | Buy (add'l) | 09/24/18 | K | | |
| 89. -Putname Short Duration Income Y (PSDYX) | C | Dividend | M | T | Buy | 01/10/18 | L | | |
| 90. | | | | | Buy (add'l) | 09/13/18 | K | | |
| 91. | | | | | Buy (add'l) | 09/24/18 | L | | |
| 92. Morgan Stanely IRA # 2 (H) | | | | | | | | | |
| 93. -MFS Total Return Fund A | A | Interest | | | Sold | 09/17/18 | J | A | |
| 94. -Legg Mason ClearBridge Fdmtl AL CP Value Fund Cl A | A | Dividend | | | Sold | 01/23/18 | K | A | |
| 95. -Bank Deposit Program | A | Interest | | | Merged (with line 43) | 01/23/18 | J | | |
| 96. Morgan Stanley IRA # 3 (H) | | | | | | | | | |
| 97. -Invesco Bric ETF (EEB) - See Note 1 | A | Dividend | J | T | | | | | |
| 98. -Invesco QQQ Trust, Series 1 (QQQ) - See Note 2 | A | Dividend | K | T | Sold (part) | 12/28/18 | J | B | |
| 99. -iShares S&P 500/Barr Growth | A | Dividend | K | T | Sold (part) | 12/28/18 | J | B | |
| 100. -iShares S&P Global 100 | A | Dividend | J | T | | | | | |
| 101. - Bank Deposit Program | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S. | 04/29/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part VII  Page 9,  Line 97  The name of the investment was changed  on 6/14/18 to Invesco Bric ETF from Guggenheim Bric ETF

2) Part VII, Page 9,  Line 98  The name of the investment was changed on 6/14/18 to Invesco QQQ Trust, Series 1 from Powershares QQ2Q Nasdaq 100

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jeffrey S. White**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544